# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

TRANSGENDER: MRS Eje Kaylee Iry
~~Crrputhers~~ Washington
OCA# 122404

[You are the PLAINTIFF, print your full name on this line.]

v. St. Joseph County Jail

Deputy/Warden Russelle Olmstead P.C. #1130

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

3:23-cv-456

Case Number _____

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
MAY 22 2023
At _____
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] St. Joseph County Jail | 401 West Sample Street South Bend Ind. 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Deputy/Warden: Russlle Olmstead P.C. #1130 | 401 West Sample Street South Bend Ind. 46601 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? St Joseph County Jail - 401 West Sample Street South Bend In 46601

3. Did the event you are suing about happen there? ⦿ Yes   ○ No, it happened at: _____

4. On what date did this event occur? November 9, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Demand of 900,000 U.S.A. Currency. Order to Protect from Neglect of Oversees Warden: Olmstead, Russell P.C. #1130 I put into writ a order to Protection from professional government officials employed at St. Joseph County Jail and Warden mention above dote life and safety abandonement and lack of how of details mand failure to protect Transgender genetic identity disorder persons. I Mrs. Eye'Keyle my Carruthas Washington brings actions for So Ordered Probable cause to discrimination and defamation events here inside custody of SCJ along with all other policy violations up to 80 difference Indeliberates of successful wrongful events. Under penalties for perjury all representation of information foregoing truss are factuals and corrects. My Undersigned allow and verifies this contract of a certificate to become a civil Suite of service.

    Mrs. Eye'Keyle My. Carruthas 3e/ashi

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    ○ Before I was confined.
    ○ While I was confined awaiting trial.
    ⊙ After I was convicted while confined serving the sentence.
    ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    ⊙ No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ○ No, this event is not grievable at this prison or jail.
    ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ⊙ Yes, this event was grievable, but I did not file a grievance because _Internal Affairs are Notified_ — _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
    _Demand of 900,000 United States of American Currency._
    _Warden Olmstead to Protect Pretrial detainees Who's LGBTPP members_

[Initial Each Statement]
_EMCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EMCW_ I will keep a copy of this complaint for my records.
_EMCW_ I will promptly notify the court of any change of address.
_EMCW_ I WILL NOT send more than one copy of any filing to the court.
_EMCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EMCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _4_ / _19_ / 20_23_ at _8_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. EyeKesa Ify Carruthers Cushing_ - _122404_
Signature                                                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]