# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
Transgender Icon: Mrs. Eye Keyla My Carruthers Washington
also known as, Eye Keyla M Carruthers Washington
also known as, Antwan M Carruthers Washington

       Plaintiff

  v.

                                                Civil Action No.  3:23-cv-456

ST JOSEPH COUNTY JAIL

RUSSELLE OLMSTEAD, Deputy/Warden, PE #1130
also known as, Russlle Olmstead

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

\_\_  the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

\_\_  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

 _X_  Other:  <u>This case is DISMISSED WITHOUT PREJUDICE.</u>

This action was (*check one*):

\_\_ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

\_\_ tried by Judge _____ without a jury and the above decision was
reached.

 _X_  decided by Judge Robert L Miller, Jr.

DATE: 6/8/2023                          CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*